UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Gloria Gardner,

        Plaintiff,

vs.                               REPORT AND RECOMMENDATION

Bloomington Lake Clinic, LTD,

        Defendant.            Civ. No. 04-4394 (PAM/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

      This matter came before the undersigned United States Magistrate Judge upon the routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(B).

      This matter was initiated on October 8, 2004, by the filing of a Complaint with the Clerk of Court. The Plaintiff accompanied her Complaint with an application to proceed in forma pauperis, which we denied, in an Order dated October 15, 2004. At the Court's direction, the Plaintiff paid the requisite filing fee, on January 7, 2005, at which time, she also filed an Amended Complaint. On May 16, 2005, it having appeared that one hundred and twenty (120) days had passed, and that the Defendant

had not been served with the Complaint and Summons as required by Rule 4(m), Federal Rules of Civil Procedure, this Court issued an Order, which stated as follows:

> That the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant and for failure of prosecution.

The Plaintiff has failed to abide by the terms of our Order of May 16, 2005. Since we have previously warned the Plaintiff of the potential consequences for failing to timely serve the Defendant, and to abide by the Orders of this Court, we recommend that this

action be dismissed, for failure to comply with this Court's Order of May 16, 2005, for failure to effect proper service, and for lack of prosecution.

NOW, THEREFORE, It is --

RECOMMENDED:

That this action be dismissed for failure to comply with this Court's Order of May 16, 2005, for failure to effect proper service, and for lack of prosecution.

Dated: June 15, 2005          *s/Raymond L. Erickson*
                                       Raymond L. Erickson
                                       UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Pursuant to Rule 6(a), Federal Rules of Civil Procedure, D. Minn. LR1.1(f), and D. Minn. LR72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties **by no later than July 1, 2005,** a writing which specifically identifies those portions of the Report to which objections are made and the bases of those objections.  Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals.

If the consideration of the objections requires a review of a transcript of a Hearing, then the party making the objections shall timely order and file a complete transcript of that Hearing **by no later than July 1, 2005,** unless all interested parties stipulate that the District Court is not required by Title 28 U.S.C. §636 to review the transcript in order to resolve all of the objections made.