UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gloria Gardner, | Civil No. 04-4394 (PAM/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| Bloomington Lake Clinic, LTD, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson. No objections have been filed to that Report and Recommendation in the time period permitted. Thus, the Court **ADOPTS** the Report and Recommendation. Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED** for failure to comply with this Court's Order of May 16, 2005, for failure to effect proper service and lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 15, 2005

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge